IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CALVIN COLEY,

      Plaintiff,                      No. CIV S-07-0934 GEB DAD P

    vs.

D.K. SISTO, et al.,

      Defendants.           <u>ORDER</u>

/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed August 13, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, one completed summons, the original Notice of Submission of Documents, the USM-285 forms and copies of his amended complaint which are required to effect service on the defendants. On August 24, 2007, plaintiff submitted the USM-285 forms and copies of his amended complaint, but failed to submit the completed summons and the original signed Notice of Submission of Documents.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Within thirty days, plaintiff shall submit to the court one completed summons
3  and an original signed Notice of Submission of Documents required to effect service.  Failure to
4  return the required documents within the specified time period will result in a recommendation
5  that this action be dismissed; and

6  2. The Clerk of the Court is directed to send plaintiff another blank summons and
7  a Notice of Submission of Documents.

8  DATED: October 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
cole0934.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CALVIN COLEY,

       Plaintiff,                  No. CIV S-07-0934 GEB DAD P

    vs.

D.K. SISTO, et al.,                NOTICE OF SUBMISSION

       Defendants.             OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ one completed summons form.

DATED: _____.

                                              _____
                                              Plaintiff