# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CALVIN COLEY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DR. CASSIM, *et al*.,<br><br>　　　　　　　　Defendants. | Case No. 2:07-cv-00934-PMP-GWF<br><br>**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

ANDREW CALVIN COLEY, inmate # V-40077, a necessary and material witness in proceedings in this case on **February 5, 2009,** is confined in California State Prison-Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, CA  95696-4000, in the custody of the Warden; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge George Foley, to appear by telephone conferencing at California State Prison, Solano, **Thursday, February 5, 2009, at 1:30 p.m.**

ACCORDINGLY, **IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

. . .

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:**   Warden, D.K. Sisto, California State Prison, Solano
2100 Peabody Road
Vacaville, CA  95696-4000:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by tele-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED this 29th day of January, 2009.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge