# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CALVIN COLEY, | Case No. 2:07-cv-00934-PMP-GWF |
| Plaintiff, | **ORDER OF CLARIFICATION REGARDING DISCOVERY DEADLINES** |
| v. | |
| DR. CASSIM, *et al.*, | Plaintiff's Request to Clarify Discovery Request Deadlines (Dkt. #48) and Plaintiff's Notice re Order and Writ of Habeas Corpus Ad Testificandum (Dkt. #45) |
| Defendants. | |

This Order of Clarification Regarding Discovery Deadlines is in response to Plaintiff's Request to Clarify Discovery Request Deadlines (Dkt. #48) and Plaintiff's Notice re Order and Writ of Habeas Corpus Ad Testificandum (Dkt. #45). On February 5, 2009, the Court held a telephonic status conference, which Plaintiff was unable to attend due to medical issues. (See Minutes from Telephonic Conf., Dkt. #44). At the telephonic conference, the Court indicated that it would issue a written scheduling order, setting a 90 day discovery period. (See Scheduling Order, Dkt. #43).

Thereafter, Plaintiff filed his Notice re Order and Writ of Habeas Corpus Ad Testificandum (Dkt. #45) on February 18, 2009, in which he requests an additional telephonic conference. In addition, Plaintiff also requested that the Court clarify the discovery schedule deadlines as laid out in the Court's Scheduling Order. (Dkt. #43).

Therefore, the Court hereby amends the previous discovery deadlines and issues the following Order of Clarification Regarding Discovery Deadlines. Accordingly,

**IT IS HEREBY ORDERED**:

1. The parties may conduct discovery until **June 6, 2009**. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31,

33, 34 or 36, including depositions, interrogatories, requests for production of documents and requests for admission, shall be served on the opposing party no later than **April 6, 2009** (60 days prior to the end of discovery).

    2.    All pretrial motions, except motions to compel discovery, shall be filed on or before **July 6, 2009**. **The Court will not look with favor on requests for extensions of time.**

    3.    Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

    4.    Either party may request an additional telephonic conference if requested after the clarification provided by this Order.

DATED this 13th day of March, 2009.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge