# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CALVIN COLEY, | Case No. 2:07-cv-00934-PMP-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| DR. CASSIM, *et al.*, | **Plaintiff's Request for Rescheduled Telephonic Conference (Dkt. #53)** |
| Defendants. | |

This matter is before the Court on Plaintiff's Request for Rescheduled Telephonic Conference (Dkt. #53), filed April 1, 2009.

On February 5, 2009, the Court held a telephonic status conference, which Plaintiff was unable to attend due to medical issues. (See Minutes from Telephonic Conf., Dkt. #44). At the telephonic conference, the Court indicated that it would issue a written scheduling order, setting a 90 day discovery period. (See Scheduling Order, Dkt. #43). Thereafter, Plaintiff requested an additional telephonic conference and a clarification of the scheduling order. (*See* Dkt. #s 43, 45). The Court issued an Order of Clarification Regarding Discovery Deadlines on March 16, 2009 and indicated the Court would grant an additional telephonic conference *if the parties required additional clarification*. (Dkt. #51) (emphasis added).

Plaintiff now submits an additional conference request, but fails to identify any need for a status conference. (Dkt. #53). Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Request for Rescheduled Telephonic Conference (Dkt. #53) is **DENIED**.

DATED this 17th day of April, 2009.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge