# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| ANDREW CALVIN COLEY, | 2:07-CV-00934-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| DR. CASSIM, et al;, | |
| Defendants. | |

Before the Court for consideration is Defendant Alvaro C. Traquiana, M.D.'s Notice of Motion and Motion for Summary Judgment (Doc. #54), filed on April 10, 2009. On April 28, 2009, Plaintiff Coley filed a document entitled "Motion to Opposing Notice of Motion and Motion for Summary Judgment of Defendant Traquiana." (Doc. #61). On May 1, 2009, Defendant Traquiana filed a Reply Memorandum (Doc. #62). On May 5, 2009, Plaintiff Coley filed an Opposition to Defendant's Motion for Summary Judgment (Doc. #63). On May 11, 2009, Defendant Traquiana filed a Motion to Strike Plaintiff's Late Second Opposition to Defendant's Motion for Summary Judgment (Doc. #64) and Defendant's Objections to Plaintiff's Evidence in Opposition to Defendant's Motion for Summary Judgment (Doc. #65). Finally, on May 8, 2009, Plaintiff Coley filed a document entitled "Notice of Motion Motion Delay in Timely Response To The

Defendant Dr. Traquiana Motion for Summary Judgment." (Doc. #6).

Although Plaintiff Coley's arguments set forth in the above filings are convoluted and difficult to understand, it is clear from the record before the Court that the Motion for Summary Judgment filed on behalf of Defendant Alvaro C. Traquiana, M.D., (Doc. #54) should be granted on the merits. Simply put, Plaintiff Coley has presented no evidence demonstrating that Defendant Alvaro Traquiana, M.D., provided medical care or treatment to Plaintiff. As a result, Defendant Traquiana could not have acted with "deliberate indifference" to Plaintiff's medical needs. Or intentionally provide false information about Plaintiff Coley's medical condition.

**IT IS ORDERED that** Defendant Alvaro C. Traquiana, M.D.'s Notice of Motion and Motion for Summary Judgment (Doc. #54), is GRANTED and judgment is hereby entered in favor of Defendant Alvaro C. Traquiana, M.D., and against Plaintiff Andrew Calvin Coley.

**IT IS FURTHER ORDERED that** Defendant Traquiana's Motion to Strike Plaintiff's Late Second Opposition to Defendant's Motion for Summary Judgment (Doc. #64) is GRANTED.

**IT IS FURTHER ORDERED that** Defendant Traquiana's Objection to Plaintiff's Evidence in Opposition to Defendant's Motion for Summary Judgment are sustained.

**IT IS FURTHER ORDERED that** the Clerk of Court shall forthwith enter judgment in favor of Defendant Alvaro C. Traquiana, M.D., and against Plaintiff Andrew Calvin Coley.

DATED: May 26, 2009.

_____
PHILIP M. PRO
United States District Judge