# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CALVIN COLEY,

          Plaintiff,

vs.

DR. CASSIM, *et al.*,

          Defendants.

Case No. 2:07-cv-00934-PMP-GWF

**ORDER**

Plaintiff's Seventh Request for Counsel (Dkt. #74)

This matter is before the Court on Plaintiff's Seventh Motion for Appointment of Counsel (Dkt. #74), filed on June 18, 2009.

Plaintiff has filed six prior requests for counsel (*see* Dkts. #13, 28, 31, 36, 37 and 46) over the past two years of litigating this matter, each of which was denied (*see* Dkts. #13, 28, 36, 37 and 52). The Court will again deny Plaintiff's request. The United States Supreme Court has ruled that District Courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The Court again finds that there are no exceptional circumstances in this case. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Appointment of Counsel (Dkt. #74) is **DENIED**.

DATED this 26th day of June, 2009.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE