**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \*

| | |
|---|---|
| ANDREW CALVIN COLEY,<br><br>          Plaintiff,<br><br>vs.<br><br>DR. CASSIM, et al.,<br><br>          Defendants. | 2:07-CV-00934- PMP-GWF<br><br>**ORDER** |

On May 28, 2009, the Court entered an Order (Doc. #69) granting Defendant Alvaro C. Traquiana, M.D.'s Motion for Summary Judgment (Doc. #54), and directing the Clerk of Court to enter judgment in favor of Defendant Traquiana, and against Plaintiff Andrew Coley.  Judgment was entered accordingly, (Doc. #70) on May 28, 2009.

On June 8, 2009, Plaintiff Andrew Coley filed a Motion to Vacate Judgment (Doc. #72).  Defendant Traquiana filed an Opposition to Plaintiff's Motion to Vacate Judgment (Doc. #73) on June 16, 2009, and on June 26 and 30, 2009, Plaintiff Coley filed a Reply Memorandum and Supplement Factual Statement.

The Court having read and considered the foregoing, and finding that

1  Plaintiff Coley has failed to set forth good cause to warrant the relief requested, and
2  good cause appearing,
3      **IT IS ORDERED that** Plaintiff Andrew Coley's Motion to Vacate
4  Judgment (Doc. #72) is DENIED.

6  DATED:  August 24, 2009.

_____
PHILIP M. PRO
United States District Judge