# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CALVIN COLEY,

                      Plaintiff,

vs.

DR. CASSIM, *et al*.,

                      Defendants.

Case No. 2:07-cv-00934-PMP-GWF

**ORDER**

Motion to Withdraw (Dkt. #96) and
Motion for Transcript (Dkt. #99)

This matter is before the Court on Plaintiff's Motion to Withdraw Notice of Interlocutory Appeal (Dkt. #96), filed August 26, 2009, and Motion for Ordering the Transcript for 10-3.1 Civil Appeals (Dkt. #99), filed October 14, 2009.

It is unclear to the Court which transcripts or copies the Plaintiff is requesting. As a result, the Court will provide Plaintiff with a copy of the Docket Sheet so that he may request specific documents from the Court. Should Plaintiff wish to order copies of specific pleadings, he should also provide payment for photocopies to the Clerk of the Court at the cost of $.50 per page.

Plaintiff's Motion to Withdraw Notice of Interlocutory Appeal (Dkt. #96) was forwarded to the Ninth Circuit Court of Appeals, which treated the motion as a request for the appellate court to voluntarily dismiss his appeal. (*See Coley v. Casin, et. al.*, Ninth Circuit Court of Appeals Case No. 09-16528, Dkt. #2). On September 3, 2009, the Ninth Circuit granted Plaintiff's motion and dismissed his interlocutory appeal. (*Id.*) Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw Notice of Interlocutory Appeal (Dkt. #96) is **denied** as moot.

. . .

. . .

1     **IT IS FURTHER ORDERED** that Motion for Ordering the Transcript for 10-3.1 Civil
2 Appeals (Dkt. #99) is **denied** without prejudice.  The Clerk of the Court shall prepare a copy of the
3 docket sheet regarding case 2:07-cv-00934-PMP-GWF and send it to Plaintiff at the current address on
4 file for Plaintiff with the Court.
5     DATED this 3rd day of November, 2009.

                                **GEORGE FOLEY, JR.**
                                **UNITED STATES MAGISTRATE JUDGE**