UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| ANDREW CALVIN COLEY,<br><br>              Plaintiff,<br><br>v.<br><br>D.K. SISTO, et al.,<br><br>              Defendants. | 2:07-CV-00934-PMP-GWF<br><br>ORDER |

IT IS ORDERED that Defendants shall file a response to Plaintiff's Motion for Temporary Restraining Order (Doc. #107) and Amended Motion for Temporary Restraining Order (Doc. #109) on or before March 12, 2012.  Plaintiff shall file a reply on or before March 22, 2012.

DATED: February 21, 2012

_____
PHILIP M. PRO
United States District Judge