UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

ANDREW CALVIN COLEY,  )
           Plaintiff, ) 2:07-CV-00934-PMP-GWF
v. ) ORDER
D.K. SISTO, et al., )
           Defendants. )

IT IS ORDERED that Defendants shall file a response to Plaintiff's Motion for Temporary Restraining Order (Doc. #107) and Amended Motion for Temporary Restraining Order (Doc. #109) on or before March 12, 2012. Plaintiff shall file a reply on or before March 22, 2012.

DATED: February 21, 2012

_____
PHILIP M. PRO
United States District Judge