UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| ANDREW CALVIN COLEY,<br><br>        Plaintiff,<br><br>v.<br><br>D.K. SISTO, et al.,<br><br>        Defendants. | 2:07-CV-00934-PMP-GWF<br><br>ORDER |

      IT IS ORDERED that Plaintiff's Motion to Appoint Counsel (Doc. #106) is hereby DENIED.

DATED: February 27, 2012

_____
PHILIP M. PRO
United States District Judge