UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

ANDREW CALVIN COLEY,            )
                                )
        Plaintiff,              )   2:07-CV-00934-PMP-GWF
                                )
v.                              )   ORDER
                                )
D.K. SISTO, et al.,             )
                                )
        Defendants.             )
_____)

      IT IS ORDERED that the following motions are hereby DENIED as moot:

- Motion for Temporary Restraining Order (Doc. #102)
- Motion for 14-Day Extension of Time (Doc. #103)
- Motion for 30-Day Extension of Time (Doc. #104)
- Motion for Temporary Restraining Order (Doc. #105).

DATED: February 27, 2012

_____
PHILIP M. PRO
United States District Judge