UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

ANDREW CALVIN COLEY,        )
                            )
            Plaintiff,      )   2:07-CV-00934-PMP-GWF
                            )
v.                          )   ORDER
                            )
D.K. SISTO, et al.,         )
                            )
            Defendants.     )
_____)

IT IS ORDERED that along with the response this Court previously ordered, Defendants shall file a response to Plaintiff's Amended Motion for Temporary Restraining Order (Doc. #110) on or before March 12, 2012. Plaintiff shall file a reply on or before March 22, 2012.

DATED: February 27, 2012

_____
PHILIP M. PRO
United States District Judge