Case 2:07-cv-00934-PMP-GWF   Document 114   Filed 02/27/12   Page 1 of 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| ANDREW CALVIN COLEY, | |
| Plaintiff, | 2:07-CV-00934-PMP-GWF |
| v. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

IT IS ORDERED that along with the response this Court previously ordered, Defendants shall file a response to Plaintiff's Amended Motion for Temporary Restraining Order (Doc. #110) on or before March 12, 2012. Plaintiff shall file a reply on or before March 22, 2012.

DATED: February 27, 2012

_____
PHILIP M. PRO
United States District Judge